JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Joseph Nemcik*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH NEMCIK, an individual, | Case No.: 2:25-cv-01089-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| V. | |
| CHEWY, INC., a Delaware Corporation, | |
| Defendant. | |

///

///

///

///

///

///

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Joseph Nemcik ("Plaintiff"), by and through his counsel of record, the law firm of Greenberg Gross LLP, and Defendant Chewy, Inc. ("Defendant"), by and through its counsel of record, the law firm of Littler Mendelson, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of this action, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

DATED: February 25, 2026

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

/s/ Taylor A. Buono
KARYN M. TAYLOR
Nevada Bar No. 06142
TAYLOR A. BUONO
Nevada Bar No. 15513
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113-4770

*Attorneys for Plaintiff*

*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 9]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 27, 2026

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE